U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

J. MICHAEL WEATHERS, in his capacity as Liquidating Agent for Firstline Corporation, Plaintiff
v.
SPARTAN POLYMERS, INC., Defendant

Case Number: 08 CV 4343

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J. Michael Weathers, in his capacity as Liquidating Agent for Firstline Corporation

| | |
|---|---|
| NAME (Type or print) |
| Martin B. Carroll |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Martin B. Carroll |
| FIRM |
| Fox, Hefter, Swibel, Levin & Carroll, LLP |
| STREET ADDRESS |
| 200 W. Madison Street, Suite 3000 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6200977 | 312-224-1200 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐