U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br><br>J. MICHAEL WEATHERS, in his capacity as Liquidating Agent for Firstline Corporation, Plaintiff<br>v.<br>SPARTAN POLYMERS, INC., Defendant | Case Number:    08 CV 4343 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J. Michael Weathers, in his capacity as Liquidating Agent for Firstline Corporation, Inc.

| |
|---|
| NAME (Type or print)<br>Travis B. Wolfinger |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Travis B. Wolfinger |
| FIRM<br>Fox, Hefter, Swibel, Levin & Carroll, LLP |
| STREET ADDRESS<br>200 W. Madison Street, Suite 3000 |
| CITY/STATE/ZIP<br>Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6273629 | TELEPHONE NUMBER<br>312-224-1200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |