U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 4343 |
|---|---|

J. MICHAEL WEATHERS, in his capacity as Liquidating Agent for Firstline Corporation, Plaintiff
v.
SPARTAN POLYMERS, INC., Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J. Michael Weathers, in his capacity as Liquidating Agent for Firstline Corporation

| | |
|---|---|
| NAME (Type or print) | |
| Kelly C. Smith-Haley | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Kelly C. Smith-Haley | |
| FIRM | |
| Fox, Hefter, Swibel, Levin & Carroll, LLP | |
| STREET ADDRESS | |
| 200 W. Madison Street, Suite 3000 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6284024 | 312-224-1200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |