IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| J. MICHAEL WEATHERS, in his capacity as Liquidating Agent for Firstline Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 08 CV 4343 ) |
| SPARTAN POLYMERS, INC., | ) ) |
| Defendant. | ) |

### NOTICE OF FILING TO REGISTER A FOREIGN JUDGMENT

TO:   Spartan Polymers, Inc.
      c/o Brian T. Schuette, Registered Agent
      432 Maple Street
      Winnetka, Illinois 60093

YOU ARE HEREBY NOTIFIED that Plaintiff, J. Michael Weathers, in his capacity as Liquidating Agent for Firstline Corporation, through his attorneys, Fox, Hefter, Swibel, Levin & Carroll, LLP, 200 W. Madison Street, Suite 3000, Chicago, Illinois 60606, did on July 31, 2008 file an authenticated copy of a certain Foreign Judgment in the above entitled action, entered in the United States Bankruptcy Court, Middle District of Georgia, Valdosta Division, on the 29th day of May, 2008.

Date: August 8, 2008                                   /s/ Travis B. Wolfinger

Martin B. Carroll
Travis B. Wolfinger
Kelly C. Smith-Haley
FOX, HEFTER, SWIBEL, LEVIN
& CARROLL, LLP
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
(312) 224-1200

## CERTIFICATE OF SERVICE

To:   Spartan Polymers, Inc.
      c/o Brian T. Schuette, Registered Agent
      432 Maple Street
      Winnetka, Illinois 60093

    I, Travis B. Wolfinger, an attorney, hereby certify that I caused a copy of the foregoing Notice of Filing to Register a Foreign Judgment to be placed for personal service service through Stern Process & Investigation, LLC this 8th day of August, 2008.

                                        /s/ Travis B. Wolfinger