# United States District Court for the Northern District of Illinois

Case Number: `08CV4343`    Assigned/Issued By: `DAJ`

Judge Name: _____    Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP       ☐ No Fee   ☐ Other _____
                ☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☑ Citation to Discover Assets          _____
☐ Writ _____                    (Victim, Against and $ Amount)
       (Type of Writ)

`1` Original and `1` copies on `08/08/08` as to `SPARTAN POLYMERS INC.`
                                (Date)
`(no notice)` _____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05